DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ANGEL MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-480 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER VACATING |
| | ) | TRIAL CONFIRMATION HEARING AND |
| v. | ) | TRIAL DATE AND SCHEDULING A STATUS |
| | ) | HEARING |
| | ) | |
| JOSE ANGEL MALDONADO, | ) | |
| | ) | Judge: Lawrence K. Karlton |
| Defendant. | ) | |
| _____ | | |

   This case is currently scheduled for a trial confirmation hearing hearing on January 9, 2007. The attorneys for both parties have conferred and agree that the trial confirmation hearing and trial date should be vacated and that the case should be scheduled for a status hearing in order to provide more time for defense counsel to investigate and prepare the case. In addition, the parties agree that an exclusion of time is appropriate for continued defense investigation and preparation for trial.

   The parties, through their respective counsel, hereby stipulate and agree that the trial confirmation hearing scheduled in this case for January 9, 2007, and the trial date scheduled for January 23, 2007, be vacated. The parties further agree that a status hearing be scheduled for January 17, 2007. In addition, the parties stipulate that the time period from January 9, 2007, to January 17, 2007, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

   A proposed order is attached and lodged separately for the court's convenience.

1

DATED: January 8, 2007

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /Lexi Negin for Michael Beckwith<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Jose Angel Maldonado |

1

1
2
3                              IN THE UNITED STATES DISTRICT COURT
4                            FOR THE EASTERN DISTRICT OF CALIFORNIA

5  UNITED STATES OF AMERICA,            )   CASE NO. CR-S-06-480 LKK
                                        )
6                 Plaintiff,            )
                                        )
7      v.                               )
                                        )   ORDER CONTINUING STATUS HEARING
8                                       )   AND EXCLUDING TIME
   JOSE ANGEL MALDONADO,                )
9                                       )
                  Defendant.            )
10 _____

11
        For the reasons set forth in the stipulation of the parties, filed on January 8, 2007, IT IS HEREBY
12
   ORDERED that the trial confirmation hearing currently scheduled for January 9, 2007, and the trial date
13
   currently scheduled for January 23, 2007 be vacated.  IT IS HEREBY ORDERED that a status hearing be
14
   scheduled for January 17, 2007, at 9:30 a.m.   The Court finds that the ends of justice to be served by
15
   granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.
16
   Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 8, 2007
17
   stipulation, the time under the Speedy Trial Act is excluded from January 9, 2007,  through January 17,
18
   2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense
19
   counsel with the reasonable time to prepare.
20
21
   Dated: January 8, 2007
22
23                                              _____
                                                LAWRENCE K. KARLTON
24                                              SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT
25
26
27
28                                              2