DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE ANGEL MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-480 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS HEARING AND EXCLUDING TIME |
| v. | ) | |
| | ) | |
| | ) | Judge: Lawrence K. Karlton |
| JOSE ANGEL MALDONADO, | ) | |
| | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on January 17, 2007.  The attorneys for both parties have conferred and agree that additional time is needed for defense counsel to investigate and prepare the case.  In addition, the parties agree that an exclusion of time is appropriate for continued defense investigation and preparation for trial.

The parties, through their respective counsel, hereby stipulate and agree that the status hearing scheduled in this case for January 17, 2007, should be continued to January 23, 2007.  In addition, the parties stipulate that the time period from January 17, 2007, to January 23, 2007, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv)) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED:January 12, 2007

1

1 | Respectfully submitted,

2 | McGREGOR W. SCOTT                        DANIEL BRODERICK
United States Attorney                          Federal Defender

 /Lexi Negin for Michael Beckwith              /s/ Lexi Negin
MICHAEL BECKWITH                          LEXI NEGIN
Assistant U.S. Attorney                         Assistant Federal Defender
Attorney for United States                     Attorney for Jose Angel Maldonado

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>JOSE ANGEL MALDONADO,<br><br>              Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. CR-S-06-480 LKK<br><br><br><br>ORDER CONTINUING STATUS HEARING<br>AND EXCLUDING TIME |

     For the reasons set forth in the stipulation of the parties, filed on January 12, 2007, IT IS HEREBY ORDERED that the status hearing currently scheduled for January 23, 2007, is continued to January 30, 2007, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 12, 2007 stipulation, the time under the Speedy Trial Act is excluded from January 17, 2007, through January 23, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: January 12, 2007

                                                /s/ Lawrence K. Karlton<br>
                                                LAWRENCE K. KARLTON<br>
                                                SENIOR JUDGE<br>
                                                UNITED STATES DISTRICT COURT

2