McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-06-480 LKK |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| JOSE ANGEL MOLDONADO, ) | |
| Defendants. ) | Hon. Lawrence K. Karlton |

The parties agree and stipulate that the time beginning January 23, 2007, and extending through February 6, 2007, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time.  The defendant, based on his request for new counsel, will need a reasonable amount of time to secure a new attorney, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  Additionally, the defendant's new counsel will need time to evaluate the discovery in this case and a possible plea disposition.  The parties stipulate and agree that the interests of justice served by

1

granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated:  January 31, 2007        By:/s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney


Dated:  January 31, 2007        By:/s/ Lexi Negin
                                        Lexi Negin
                                        Attorney for defendant


**ORDER**

    The time beginning January 23, 2007, and extending through February 6, 2007, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: February 1, 2007


                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT