McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ANGEL MOLDONADO,<br><br>　　　　Defendants. | CR. S-06-480 LKK<br><br>ORDER CONTINUING STATUS<br>STATUS CONFERENCE AND<br>EXCLUDING TIME<br><br><br><br>Hon. Lawrence K. Karlton |

　　　The parties agree and stipulate that the time beginning February 6, 2007, and extending through February 27, 2007, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time. The defendant and his new attorney will need a reasonable amount of time to evaluate the discovery and proposed plea agreement in this case, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh

///

1

the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated:   February 7, 2007          By: /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney

Dated:   February 7, 2007          By: /s/ Gilbert Roque
                                        GILBERT ROQUE
                                        Attorney for defendant

**ORDER**

The time beginning February 6, 2007, and extending through February 27, 2007, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: February 7, 2007

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT